**Order entered January 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01654-CR

**TONY YUAN LI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-80397-2013**

## ORDER

Before Justices O'Neill, Myers, and Brown

Pursuant to the Court's opinion of this date, we **DENY** as moot appellant's December 2,

2013 motion to extend time to file his notice of appeal.

/s/      ADA BROWN
       JUSTICE